UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431

This Document Relates to:

Ed C. Williams et. al v. Bayer AG et. al, Civ. No. 02-129

---

Gary Holt, Gary Eubanks & Associates, for and on behalf of Plaintiffs.

Roger A. Glasgow, Wright, Lindsey & Jennings LLP and Robert A. Limbacher and Stephen P. McFate, Dechert Price & Rhoads, for and on behalf of Defendant GlaxoSmithKline plc.

---

Before the Court is Plaintiffs' motion for default judgment, or in the alternative, for leave to file an amended complaint to name the proper party defendants and to stay the proceedings to allow for discovery in order to determine any and all of the proper entities who should be named herein.

Based on the file, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is DENIED. Plaintiff may file an amended complaint within twenty (20) days from the date of this Order to name the proper defendants. Plaintiff's motion to stay is DENIED.

Date: May 23, 2002

Michael J. Davis
United States District Court

MAY 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK